UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL S. PITMAN JR.,

    Plaintiff,

vs.

STATE OF OHIO, INC., *et al*.,

    Defendants.

Case No. 3:22-cv-283

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) OVERRULING PLAINTIFF'S OBJECTIONS (Doc. No. 7) AND AFFIRMING MAGISTRATE JUDGE SILVAIN'S ORDER (Doc. No. 6); (2) REQUIRING PLAINTIFF TO EITHER COMPLY WITH MAGISTRATE JUDGE SILVAIN'S ORDER BY MAY 18, 2023 (Doc. No. 6) OR PAY THE FULL FILING FEE BY MAY 18, 2023**

---

    This civil case is before the Court on Plaintiff's *pro se* objections (Doc. No. 7) to an Order issued by Magistrate Judge Silvain (Doc. No. 6).

    Judge Silvain's Order requires Plaintiff to "submit a completed Motion for Leave to Proceed *in forma pauperis* on or before **May 18, 2023**." Doc. No. 6, PageID 322 (emphasis in original). Judge Silvain recognized that in response to a prior notice of deficiency, Plaintiff asserted he "ha[s] no means of 'money' and therefore cannot pay the cost in this case." (Doc. No. 6, PageID 322 (quoting Doc. #4, *PageID* 24)). Judge Silvain found this insufficient because Plaintiff did not indicate whether he has any income or expenses. *Id*.

    Plaintiff's objections to Judge Silvain's Order are 20 single-line pages in length with over 40 additional pages of attached materials. Doc. No. 7. His objections are reminiscent of arguments frequently raised by self-proclaimed "sovereign citizens," who, in general, do not recognize the authority of the United States government and its courts. *See, e.g., McCormack v. Hollenbach*, No. 3:18-cv-P617, 2019 WL 360522, at *2 (W.D. Ky. Jan. 29, 2019) (and cases cited therein).

Setting aside this problem, the Court has reviewed *de novo*, as required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), Plaintiff's objections and all filings in this matter.  Liberally construing Plaintiff's *pro se* filings in his favor, *see Estelle v. Gamble*, 429 U.S. 97, 106 (1976), the Court finds no merit in Plaintiff's objections; Judge Silvain's Order is not "clearly erroneous or … contrary to law."  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).  Plaintiff's objections are therefore **OVERRULED**.  As a result, to proceed in this case Plaintiff must either:

1. Comply with Judge Silvain's Order by submitting to the Clerk of Court—**by May 18, 2023**—a completed motion to proceed *in forma pauperis*.  Doc. No. 6; s*ee* 28 U.S.C. § 1915; or

2. Pay the full filing fee mandated by 28 U.S.C. § 1914(a) **by May 18 2023**.

Plaintiff is placed on **NOTICE** that if he fails to comply with Judge Silvain's Order by **May 18, 2023** or fails to pay the full filing fee **by May 18, 2023**, his case may be **DISMISSED**.  *See Jourdan v. Jabe*, 951 F.2d 108, 110 (6th Cir. 1991) (affirming order dismissing case because *pro se* plaintiff "failed to adhere to readily comprehended court deadlines of which he was well-aware").

    **IT IS SO ORDERED.**

| | |
|---|---|
| May 5, 2023 | s/ Michael J. Newman |
| | Hon. Michael J. Newman |
| | United States District Judge |