UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL S. PITMAN JR.,

    Plaintiff,

vs.

STATE OF OHIO, INC., *et al*.,

    Defendants.

Case No. 3:22-cv-283

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 10); (2) DENYING PLAINTIFF'S MOTIONS TO PROCEED *IN FORMA PAUPERIS* (Doc. Nos. 1, 4); AND (3) REQUIRING PLAINTIFF TO PAY THE FULL ONE-TIME FILING FEE OF $402.00 BY FEBRUARY 9, 2024**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Plaintiff has not filed an objection to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge in its entirety; (2) **DENIES** Plaintiff's motions to proceed *in forma pauperis*; and (3) **ORDERS** Plaintiff to pay the full one-time filing fee of $402.00 by February 9, 2024. Plaintiff is placed on **NOTICE** that if he fails to timely pay the full filing fee by February 9, 2024, this case may be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co*., 370 U.S. 626, 630-31 (1962).

    **IT IS SO ORDERED.**

January 26, 2024

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge