UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL S. PITMAN JR.,

    Plaintiff,

vs.

STATE OF OHIO, INC., *et al.*,

    Defendants.

Case No. 3:22-cv-283

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

### ORDER: (1) RECUSING THE UNDERSIGNED FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURT FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE

---

This Court has received notice from the United States Court of Appeals for the Sixth Circuit that Plaintiff recently submitted a complaint of judicial misconduct against this judicial officer. Although that complaint lacks merit, recusal from the instant case is now warranted. *See* 28 U.S.C. § 455(a). The undersigned therefore **RECUSES** himself from this case and **REFERS** this matter to the Clerk of Court for random reassignment to another United States District Judge eligible to preside over this case.

    **IT IS SO ORDERED.**

   May 8, 2023                                   s/*Michael J. Newman*
                                                                  Hon. Michael J. Newman
                                                                  United States District Judge

cc:    Magistrate Judge Peter B. Silvain, Jr.