# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MICHAEL S. PITMAN, JR., | : | Case No. 3:22-cv-283 |
| Plaintiff, | : | |
| vs. | : | District Judge Walter H. Rice |
|  | : | Magistrate Judge Peter B. Silvain, Jr. |
| STATE OF OHIO INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER

This Court has received notice from the United States Court of Appeals for the Sixth Circuit that Plaintiff recently submitted a complaint of judicial misconduct against the undersigned judicial officer. Although that complaint lacks merit, recusal from the instant case is now warranted. *See* 28 U.S.C. § 455(a). The undersigned therefore **RECUSES** himself from this case and **REFERS** this matter to the Clerk of Court for random reassignment to another United States Magistrate Judge.

**IT IS SO ORDERED.**

May 9, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge